UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>178.95842915 BITCOINS,<br><br>Defendant. | NO. 4:16-CV-5017-TOR<br><br>FINAL ORDER OF FORFEITURE |

BEFORE THE COURT are the United States' Motion for Entry of the Final Order of Forfeiture (ECF No. 14) and Motion to Expedite (ECF No. 15). There being no reason to delay entry of Judgment, the motions will be granted.

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the defendant Bitcoins are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981. ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

FINAL ORDER OF FORFEITURE ~ 1

- 178.95842915 Bitcoins (BTC) stored in MultiBit wallet XXXXXXXXXXXXXXXXXXXXXXXXXXXXX4XDAd seized by the Federal Bureau of Investigation on or about February 12, 2016, pursuant to the execution of a federal seizure warrant.

On February 23, 2016, the United States Marshal's Service executed the Warrant of Arrest In Rem. The returned warrant was filed with the Court on March 3, 2016. ECF No. 6.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning March 3, 2016, and running through April 1, 2016. ECF Nos. 7, 7-1 and 7-2. Based upon the internet publication start date of March 3, 2016, the last date to file a timely claim, if direct notice was not received, was May 2, 2016.

On June 16, 2016, a Settlement Agreement and Stipulation for Forfeiture between the United States and Person "A" was filed herein, which resolved any potential claims of Person "A". ECF No. 12

It appearing to the Court that no valid or timely claims have been made with respect to the Defendant property, and any potential claims have been resolved.

**ACCORDINGLY, IT IS ORDERED:**

1. The United States' Motion for Entry of the Final Order of Forfeiture (ECF No. 14) and Motion to Expedite (ECF No. 15) are **GRANTED**.

FINAL ORDER OF FORFEITURE ~ 2

2. The Defendant property is forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

3. The United States shall dispose of the forfeited Defendant property in accordance with law.

4. The District Court Executive is directed to enter this Order, enter **JUDGMENT** accordingly, provide copies to counsel, and **CLOSE** the file.

**DATED** August 3, 2016.



THOMAS O. RICE
Chief United States District Judge

FINAL ORDER OF FORFEITURE ~ 3